Same case below, 367 Fed. Appx. 62.

**No. 09-11193. Ulisses Montes-Gutierrez, Petitioner v. United States.**

562 U.S. 866, 131 S. Ct. 156, 178 L. Ed. 2d 94, 2010 U.S. LEXIS 6764.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 368 Fed. Appx. 808.

**No. 09-11194. Leonardo T. Morales, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 866, 131 S. Ct. 156, 178 L. Ed. 2d 94, 2010 U.S. LEXIS 6613.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 346 Fed. Appx. 539.

**No. 09-11195. Heywood Joseph Shollars, Petitioner v. Texas.**

562 U.S. 867, 131 S. Ct. 156, 178 L. Ed. 2d 94, 2010 U.S. LEXIS 6359.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, First District, denied.

Same case below, 312 S.W.3d 694.

**No. 09-11196. Sammy Lewis Johnson, Petitioner v. E. K. McDaniel, Warden.**

562 U.S. 867, 131 S. Ct. 157, 178 L. Ed. 2d 94, 2010 U.S. LEXIS 6590.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-11198. Leonard Jackson, Petitioner v. Lois A. Russo, Superintendent, Souza-Baranowski Correctional Center.**

562 U.S. 867, 131 S. Ct. 157, 178 L. Ed. 2d 94, 2010 U.S. LEXIS 6709,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-11199. John Tyler, Petitioner v. United States.**

562 U.S. 867, 131 S. Ct. 157, 178 L. Ed. 2d 94, 2010 U.S. LEXIS 6756.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 975 A.2d 848.